Page | 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JEFFREY MARK KENNOY      :    CIVIL ACTION
    [JW-0544]                 :

        v.                      :

BRIAN COLEMAN, et al.      :    NO.  14-6092

**FILED**

APR 1 5 2015

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this *15th* day of *APRIL* , 2015,

upon consideration of the pleadings and the record herein, and after review of the Report and

~~To WHICH NO OBJECTIONS HAVE BEEN FILED~~

Recommendation of M. Faith Angell, United States Magistrate Judge, it is hereby **ORDERED** that:

(1) The Report and Recommendation is **APPROVED AND ADOPTED.**

(2) The Petition for Writ of Habeas Corpus is **DENIED AND DISMISSED**

     **WITHOUT AN EVIDENTIARY HEARING.**

(3) Petitioner's "Motion for Stay of Proceedings" [Document 10] is **DENIED.**

(4) Petitioner's "Motion for Extension of Time" [Doc. 12] is DENIED AS moot.

There is no probable cause to issue a certificate of appealability.

BY THE COURT:

JEFFREY L. SCHMEHL,       J.

**ENTERED**

APR 1 6 2015

**CLERK OF COURT**